

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MICHAEL F. FLEMING**<br>Labor & Employment Law Division<br>phone: (212) 356-2471<br>fax: (212) 356-2438 (not for service)<br>email: mfleming@law.nyc.gov |

January 19, 2016

**By ECF & Facsimile (212-805-7942)**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

   Re: *Doddi v. City of N.Y., et al.*, 13 Civ. 4544 (AKH)(HP)

Dear Judge Hellerstein:

   I write on behalf of all parties to inform the Court that the parties have agreed to a settlement in the above-referenced action, currently scheduled to begin trial before Your Honor on Monday, January 25, 2016.  At the Court's convenience, the parties would like to appear before Your Honor to enter the terms of the settlement onto the record.

            Respectfully submitted,
             /s/
            Michael F. Fleming
            Assistant Corporation Counsel

CC: Samuel O. Maduegbuna, Esq. (via ECF)
    William Cowles, Esq.
    Maduegbuna & Cooper LLP
    Attorney for Plaintiff